UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61338-CIV-DAMIAN

**MYLES O'CONNOR**,

    Petitioner,

v.

**WARDEN, BROWARD TRANSITIONAL CENTER,** *et al.*,

    Respondents.
_____/

## ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE [ECF NO. 5]

**THIS CAUSE** is before the Court on Petitioner, Myles O'Connor's ("Petitioner"), Motion for Order to Show Cause [ECF No. 5 (the "Motion")], filed on July 1, 2025. On the same day, Petitioner filed a Petition for a Writ of *Habeas Corpus* brought pursuant to 28 U.S.C. § 2241 [ECF No. 1] ("Amended Petition"), alleging, in relevant part, that an agent of U.S. Customs and Border Protection ("CBP") arrested Petitioner and several family members at the Key West airport. *Id.* ¶¶ 18. Petitioner alleges he is facing life-threatening detainment conditions, has sought relief from an immigration judge and from U.S. Immigration and Customs Enforcement ("ICE") to no avail, and is currently being housed in the Broward Transitional Center. *Id.* at 6-7. While Petitioner is scheduled for an interview to process his application for lawful permanent residence on July 14, 2025[1] in Holtsville, New York with U.S. Citizenship and Immigration Services ("USCIS"), if he does not appear, he alleges that USCIS will deem his application abandoned. *Id.* at 7. He therefore

---

[1] Elsewhere in the Petition, this date is provided as July 15, 2025.

seeks a writ of *habeas corpus* and requests an order from this Court directing Respondents to show cause why his Petition should not be granted, and an order from this Court ordering a bond hearing, in additional to a writ of *habeas corpus ad testificandum* to appear for his USCIS appointment, pursuant to the All Writs Act, 28 U.S.C. § 1651(a).

"Section 2241 provides a writ of habeas may issue to a prisoner . . . [who is] in custody in violation of the Constitution or laws or treaties of the United States." *Medberry v. Crosby*, 351 F.3d 1049, 1059 (11th Cir. 2003). The Eleventh Circuit has made clear that "[t]he petition for writ of habeas corpus is the sole remedy for petitioners challenging the fact or duration of their imprisonment." *Vaz v. Skinner*, 634 F. App'x 778, 780 (11th Cir. 2015); *see also Gomez v. United States*, 899 F.2d 1124, 1125-26 (11th Cir. 1990) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 504 (1973)). Upon entertaining a § 2241 habeas corpus petition, a court "shall forthwith award the writ of habeas corpus or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C. § 2243.

THE COURT having reviewed the Motion, the pertinent portions of the record, and relevant legal authorities, and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 5**] is **GRANTED** as follows:

1. Counsel for Respondents shall immediately, in writing, notify the Court of receipt of this Order and the name of the attorney(s) to whom the case is assigned.

2. On or before **July 8, 2025**, Respondents shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring that a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3. Counsel for Respondents are instructed to caption the response a "Response" and not a "Motion to Dismiss."

4. Petitioner may, but is not required to, file a reply prior to the hearing on the Petition. Any such reply shall not exceed ten (10) pages. *See* S.D. Fla. L.R. 7.1(c).

5. A Hearing on the Petition is **SET** for **Wednesday, July 9 at 4:00 p.m.** The hearing shall be conducted in Courtroom 205C at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. If the parties confer and agree, they may file a motion requesting to have the hearing conducted via Zoom, which the Court will consider.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of July, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record