UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61338-CIV-DAMIAN

MYLES O'CONNOR and
THOMAS O'CONNOR,

    Petitioners,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

    Respondents.
_____/

## ORDER FOLLOWING STATUS CONFERENCE AND HEARING

**THIS CAUSE** came before the Court following a Status Conference and Hearing on November 6, 2025, at which the parties, Petitioners, Thomas O'Connor and Myles O'Connor, and Respondents, Warden, Broward Transitional Center ("BTC"), and U.S. Immigration and Customs Enforcement, Miami Field Office – Enforcement and Removal Operations ("ICE") (collectively, the "Respondents"), through counsel, appeared before the undersigned to address the following:

    Respondents' Updated Status Report, filed on November 4, 2025 [ECF No. 28];

    Petitioners' Status Report, filed November 5, 2025 [ECF No. 30]; and

    Petitioner's Expedited Motion to Expedite And/Or Release on Bail ("Expedited Motion"), filed September 23, 2025 [ECF No. 26].

For the reasons stated and as further detailed on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Petitioner Myles O'Connor's Verified Petition For Writ Of Habeas Corpus pursuant to 28 U.S.C. § 2241 **[ECF No. 1]** is **DENIED AS MOOT**.

2. The instant Case Number 25-61338-CIV shall remain **OPEN** as to Defendant Thomas O'Connor[1] and the Clerk shall **CLOSE** this matter as to *only* Myles O'Connor.

3. Petitioner Thomas O'Connor's Expedited Motion **[ECF No. 26]** is **DENIED WITHOUT PREJUDICE**.

4. The Parties shall file a Joint Status report by **November 14, 2025**, to update the Court regarding Petitioner Thomas O'Connor's immigration proceedings.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 7th day of November, 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

---

[1] This case was consolidated with Case No. 25-cv-61569-MD. [ECF No. 12]. Both actions arise from the same incident and involve the same Defendants. The Petitioners, who are family members represented by the same counsel, were arrested at the same time and under the same circumstances, and the legal issues presented in each case are identical. [ECF No. 24]. The original action involving Petitioner Thomas O'Connor has since been closed.