**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.   25-61338-CIV-DAMIAN**

**MYLES O'CONNOR and**
**THOMAS O'CONNOR**,

      Petitioners,

v.

**WARDEN, BROWARD TRANSITIONAL**
**CENTER,** *et al.*,

      Respondents.
_____/

### ORDER ON JOINT STIPULATION FOR DISMISSAL [ECF NO. 37]

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal as to the sole remaining petitioner in this matter, Thomas O'Connor, **[ECF No. 37 (the "Stipulation")]**, filed December 5, 2025. Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared. The Stipulation specifies that Thomas O'Connor was deported to Ireland and therefore the parties stipulate to the dismissal of this matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case, and any pending Motions shall be **DENIED AS MOOT**.

      **DONE AND ORDERED** in Chambers in the Southern District of Florida this 9th day of December, 2025

 

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**